

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00066-CV

**MCDONALD'S RESTAURANTS OF TEXAS, INC.,
MCDONALD'S USA, LLC, AND MCDONALD'S
CORPORATION,**

**Appellants**

**v.**

**WILLIAM PAUL CRISP, JR. AND J. NICOLE CRISP,
INDIVIDUALLY AND AS REPRESENTATIVES OF
THE ESTATE OF LAUREN BAILEY CRISP AND DENISE
WHITAKER, INDIVIDUALLY AND AS REPRESENTATIVE
OF THE ESTATE OF DENTON JAMES WARD,**

**Appellees**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 12-003034-CV-361

## MEMORANDUM OPINION

The parties in this appeal have filed a joint motion to dismiss the appeal and release the supersedeas bond and discharge the surety. *See* TEX. R. APP. P. 42.1. They assert they have reached a settlement and compromise of all the disputes arising from the underlying law suit.

The parties' motion is granted, and this appeal is dismissed, the supersedeas bond is released, and the surety is discharged.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 3, 2017
[CV06]

